**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EZELL MOORE, JR.
ADC #122740                                                                                              PLAINTIFF

V.                                            5:05CV00200 JTR

M. GONDER, Sergeant,
Varner Super Max, Arkansas
Department of Correction, et al.                                                             DEFENDANT

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to Plaintiff's Motion for Voluntary Dismissal. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 4th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE